UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

KENT WAGGONER                                        CASE NO. 08-13324
               DEBTOR(S).                        CHAPTER 7

## **NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS**

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

       Claim #7 of Summit Radiology
       Account number:  04-40686
       Claimed amount:  $63.00
       Pro rata distribution:  $2.79

       Claim #8 of Bluffton Regional Medical Center
       Account number:  05002918
       Claimed amount:  $90.01
       Pro rata distribution:  $3.98

       Claim #11 of Allied Hospital Pathologists
       Account number:  08-28891
       Claimed amount:  $73.07
       Pro rata distribution:  $3.24

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  March 10, 2010                 /s/ Mark A. Warsco
                                                   Mark A. Warsco, Trustee
                                                   P.O. Box 11647
                                                   Fort Wayne, IN  46859-1647
                                                   Telephone:  (260) 469-0256
                                                   e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 10, 2010:

| | |
|---|---|
| Kent Waggoner<br>11080 N State Road 1 Lot 144<br>Ossian, IN  46777 | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Summit Radiology<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 | Bluffton Regional Medical Cntr<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 |
| Allied Hospital Pathologists<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 | |

      /s/  Mark A. Warsco
      Mark A. Warsco, Trustee